UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CEDRIC FLEMING,

        Defendant.

- - - - - - - - - - - - - - - - x



INDICTMENT

08 Cr.

08 CRIM 317

COUNT ONE

The Grand Jury charges:

On or about January 17, 2008, in the Southern District of New York, CEDRIC FLEMING, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Criminal Possession of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.16, a Class B Felony, in New York Supreme Court, New York County, on or about February 10, 1994, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a 9 millimeter Sig Sauer semi-automatic pistol, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CEDRIC FLEMING,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Thomas P. Egger*
Foreperson.

Filed indictment. Case assigned to Judge Hellerstein.

SRM
4/9/08
— Francis, J.