UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       -v.-                       :

CEDRIC FLEMING,                    :

          Defendant.            :
                                     :
- - - - - - - - - - - - - - - - x

**ORDER**

08 Cr. 317 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

RECEIVED
MAY 27 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

        Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Natalie Lamarque, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County District Attorney's Office files and grand jury testimony listed below, to permit review of the files and grand jury testimony, and any other documents contained therein,

        IT IS HEREBY ORDERED, that the files maintained by the Bronx County District Attorney's Office and the grand jury testimony and associated court files relating to the January 17, 2008 arrest of CEDRIC FLEMING, the defendant (Arrest No. B0860522; NYSID No. 07446928J), be unsealed to permit review of the contents of the files and testimony.

Dated: New York, New York
      May 27, 2008

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :   AFFIRMATION AND
UNITED STATES OF AMERICA         :   APPLICATION

         -v.-                    :   08 Cr. 317  (AKH)

CEDRIC FLEMING,                  :

                                 :
         Defendant.
                                 :
- - - - - - - - - - - - - - - - x
```

        NATALIE LAMARQUE, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

        1.   I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York. I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal the Bronx County District Attorney's Office files and the grand jury testimony relating to the January 17, 2008 arrest of CEDRIC FLEMING, the defendant (Arrest No. B0860522; NYSID No. 07446928J), solely for the purpose of the federal case against the defendant. This request is being made, *inter alia*, so that the United States Attorney's Office, pursuant to its obligations under the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                  :   AFFIRMATION AND
UNITED STATES OF AMERICA          :   APPLICATION

          -v.-                    :   08 Cr. 317   (AKH)

CEDRIC FLEMING,                   :

                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - x
```

NATALIE LAMARQUE, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York. I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal the Bronx County District Attorney's Office files and the grand jury testimony relating to the January 17, 2008 arrest of CEDRIC FLEMING, the defendant (Arrest No. B0860522; NYSID No. 07446928J), solely for the purpose of the federal case against the defendant. This request is being made, *inter alia*, so that the United States Attorney's Office, pursuant to its obligations under the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this

prosecution and comply with its obligations.

   2. I am the federal prosecutor in charge of the pending prosecution of CEDRIC FLEMING, the defendant. FLEMING is currently charged with one count of possessing a firearm while having been convicted of a crime punishable by more than one year of imprisonment, in violation of Title 18, United States Code, Section 922(g)(1). The Bronx County District Attorney's Office files and the grand jury testimony relating to the January 17, 2008 arrest of FLEMING are believed to contain information relevant to the pending prosecution.

   3. I have been informed by the Bronx County District Attorney's Office that the grand jury testimony and anything else relating to the grand jury proceeding will not be disclosed without an unsealing order.

   4. Accordingly, the Government respectfully requests that the Court issue an order directing the unsealing of the files in the possession of the Bronx County District Attorney's Office and the grand jury testimony relating to the arrest of CEDRIC FLEMING, the defendant, on January 17, 2008.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order unsealing the Bronx County District Attorney's Office files and the grand jury testimony relating to the arrest of CEDRIC FLEMING, the defendant, on January 17, 2008.

　　　　　　　　　　　　　　　　　　/s/ Natalie Lamarque
　　　　　　　　　　　　　　　　　　Natalie Lamarque
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　212-637-2206

Dated: New York, New York
　　　　May 27, 2008