UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATE OF AMERICA,       :           **NOTICE OF MOTION**
                                        **TO SUPPRESS PHYSICAL**
        - against           :           **EVIDENCE AND STATEMENTS**

CEDRIC FLEMMING,            :           **08 CR 317 (AKH)**

                  Defendant.    :

--------------------------------------------------------X

SIR OR MADAM:

     **PLEASE TAKE NOTICE** that upon the annexed Declarations of CEDRIC

FLEMMING and MARK B. GOMBINER, ESQ., the undersigned will move this Court, before

the Honorable Alvin K. Hellerstein at the United States Courthouse, 500 Pearl Street, New York,

New York, on a date to be determined, for an ORDER suppressing physical evidence seized

from the defendant and custodial, post-arrest statements made to law enforcement authorities by

the defendant, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, on the grounds

that the evidence and statements were obtained in violation of the defendant's rights under the

United States Constitution, or, in the alternative, granting a hearing on the motion, and granting

such other and further relief as appears just and proper.

Dated:  New York, New York
        May 16, 2008

                                 Respectfully submitted,

                                 LEONARD F. JOY, ESQ.
                                 The Legal Aid Society

By:     _____
                                 **MARK B. GOMBINER, ESQ.**
                                 Attorney for Defendant
                                  CEDRIC FLEMMING
                                 52 Duane Street - 10th Floor
                                 New York, New York 10007