# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director



Southern District of New York
John J. Byrnes
Attorney-in-Charge

July 29, 2008

*So ordered*
*7-29-08*
*A.K. Hellerstein*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Cedric Flemming**
       **08 Cr. 317 (AKH)**

Your Honor:

With the consent of the government, I am requesting that Mr. Flemming be restored to his original bail conditions, pending the resolution of this case. Mr. Flemming was initially released on a $50,000 personal recognizance bond co-signed by two financially responsible persons, including his sister, Leticia Blount; strict pre-trial supervision; drug testing and treatment; and travel restricted to the Southern and Eastern Districts of New York.

On April 15, 2008, Mr. Flemming's bail conditions following his arrest on new charges brought in Bronx Criminal Court. Mr. Flemming's bail conditions were modified to include home detention; electronic monitoring; a requirement that he live with his sister; and daily telephonic reporting to Pre-Trial Services.

The new case from the Bronx has subsequently been resolved in Mr. Flemming's favor with an adjournment in contemplation of dismissal. Accordingly, with the consent of the government, we request that the initial bail conditions be restored.

Respectfully submitted,

Mark B. Gombiner
Attorney for Cedric Flemming

cc: A.U.S.A. Natalie Lamarque